13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN A. GARY | ) | Civil Action No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case:2:17-cv-10544 |
| | ) | Judge: Drain, Gershwin A. |
| | ) | MJ: Stafford, Elizabeth A. |
| TRUEBLUE, INC.,d/b/a/ | ) | Filed: 02-17-2017 At 10:00 AM |
| LABOR READY, INC., d/b/a/ | ) | CMP GARY v TRUEBLUE, INC (dat) |
| PEOPLEREADY, INC | ) | |
| | ) | |
| Defendant's | ) | |

## ORIGINAL COMPLAINT

NOW COMES the Plaintiff, KEVIN A. GARY, by and through himself and for his Complaint against the Defendant, TRUEBLUE, INC., d/b/a PEOPLEREADY, INC., d/b/a LABORREADY INC,. (hereinafter, Defendant's ) and Plaintiff states as follows:

## NATURE OF THIS ACTION

1. Plaintiff brings this action for actual and statutory damages arising out of and relating to the conduct of Defendant's, to include all of its affiliates, subsidiaries, and/or related entities, as well as all persons and entities acting on behalf of Defendants, including but not limited to TRUEBLUE, INC., d/b/a/ PEOPLEREADY, INC., d/b/a LABORREADY INC., and, in negligently,

knowingly, and/or willfully contacting Plaintiff on his cellular telephone without his prior express written consent within the meaning of the TCPA. This is an action for actual and statutory damages for violations of the Telephone Consumer Protection Act (hereinafter, "TCPA"), 47 U.S.C. section 227 *et seq.*[1]

## JURISDICTION & VENUE

2. Jurisdiction of this Court is conferred by 15 U.S.C. § 1692 and 28 U.S.C. § 1331. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. KEVIN A. GARY, (hereinafter, "Plaintiff"), is a natural person who was at all relevant times residing in the county of Wayne, state of Michigan.

5. Defendant's Trueblue, Inc, d/b/a Peopleready, Inc., is a domestic company with a corporate office located at 1015 A Street, Tacoma, Washington, 98401

6. At all relevant times, Defendant has conducted business in Michigan, solicited business in Michigan, engaged in a persistent course of conduct in Michigan, or has derived substantial revenue from services rendered in Michigan.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991 (TCPA) 47 U.S.C §227

7. In 1991, Congress enacted the TCPA in response to a growing number of

2

consumer complaints regarding certain telemarketing practices.

8. The TCPA regulates, inter alia, the use of automated telephone equipment, or "predictive-dialers", defined as equipment which "has the capacity...(a) to store or produce telephone numbers to be called, using a random or sequential number generator; and (b) to dial such numbers. 47 U.S.C. § 227(a)(1). Specifically, the plain language of section 227(b)(1)(A)(iii) prohibits the use of auto-dialers to make any call to a wireless number in the absence of an emergency or the prior express consent of the called party.[1]

9. According to findings by the Federal Communications Commission (FCC), the agency Congress vested with authority to issue regulations implementing the TCPA, such calls are prohibited because, as Congress found, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls, and such calls can be costly and inconvenient. The FCC also recognized that wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used.[2]

## A BRIEF OVERVIEW OF TEXT MESSAGING

10. One of the newest types of such bulk marketing is to advertise through Short Message Services. The term "Short Message Service" or "SMS" describes a

---

[1] 47 U.S.C. § 227 (b)(1)(A)(iii)
[2] Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, CG Docket No. 02-278, Report and Order, 18 FCC Rcd. 14014 (2003)

messaging system that allows cellular telephone subscribers to use their cellular telephones to send and receive short text messages, usually limited to 120-150 characters.

11. An "SMS message" is a text message call directed to a wireless device through the use of the telephone number assigned to the device. When an SMS message call is successfully made, the recipient's cell phone rings, alerting him or her that a call is being received.

12. Unlike more conventional advertisements, SMS calls, and particularly wireless or mobile spam, can actually cost their recipients money, because cell phone users must frequently pay their respective wireless service providers either for each text message call they receive or incur a usage allocation deduction to their text plan, regardless of whether or not the message is authorized.

13. Most commercial SMS messages are sent from "short codes" (also known as "short numbers"), which are special cellular telephone exchanges, typically only five or six digit extensions, that can be used to address SMS messages to mobile phones. Short codes are generally easier to remember and are utilized by consumers to subscribe to such services such as television program voting or more benevolent uses, such as making charitable donations.

14. A short code is sent to consumers along with the actual text message and conclusively reveals the originator of the SMS message.

4

15. Text messages are "calls" within the context of the TCPA. See...Satterfield v. Simon & Schuster, Inc., 569 F.3d (9th Cir. 2009).

## ALLEGATIONS OF FACT

16. At some point in 2013, Plaintiff seeked employment with the company named Trueblue, Inc., d/b/a/ Peopleready, Inc., d/b/a/ Laborready, Inc. Sometime after, Plaintiff began receiving text messages on his cellular phone from SMS short code 42800 owned by the Defendant's.

17. Frustrated by all the text messages, on or about September 17, 2016, Plaintiff informed the Defendant's that he no longer wished to receive text messages. In fact, Plaintiff opted out of text messages by stating that he no longer wished to be contacted through the Defendant's text messages service.

18. Plaintiff continued to receive a barrage of text messages from the Defendant, even after opting out. The text messages were similar and read as follows:

**LR(Westland): WE need a person to help assist a driver with deliveries in Westland ASAP. payis $9. If insterted text ST.**

**PONTIAC: seeking a foodservice candidate with clean, professional appeareance to work in Troy ongoing Mon-Fri; $9.50 per hr txt "Foodservice"**

**NOVI: 7:30 AM Friday SOUTHFIELD JOB. 12 Mile Rd. Akiva Day School for Rand Construction. Cleanup. If you are interested, Txt. South**

**LR(1678): Need 1 worker for today at 9am in Fraser to assist with moving furniture. Text SOCLEAN**

19. After informing the Defendant to stop texting his cell phone, Plaintiff received at least over one-thousand-four-hundred and fifty one (1,4551) text messages on his cell phone from Defendant to his cellular phone at 248-703-XXXX that were nuisance to him.

20. Plaintiff suffered actual damages in the form of embarrassment, humiliation and anger as a result of Defendant's text messages. He was needlessly bothered and was forced to utilize minutes from his cell phone which could have been used for other purposes.

21. Plaintiff suffered a concrete and real invasion of Plaintiff's legally protected privacy rights through Defendant's violation of the TCPA. The continuous unwarranted text messages are a nuisance, and caused additional data rate charges to his cellular telephone plan.

22. Plaintiff suffered harm and damages in the form of emotional distress such as anger, and resentment each time he received a text message from the Defendant.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. §227, et seq

23. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

24. Using prohibited equipment and without prior express written consent, the Defendant, contacted the Plaintiff over one-thousand-four-hundred and fifty-one (1,4551) times by means of automatic text messaging to a cellphone or pager in violation of 47 U.S.C. §227(b)(1)(A)(iii).

25. Plaintiff instructed Defendant to stop all calls to him and cease texting his cellular telephone. Regardless, Defendant continued to place automated text messages to Plaintiff's cellular telephone even though Defendant lacked consent to text his number. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

26. The telephone number called by Defendant's was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

27. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

## PRAYER FOR RELIEF

a) As a result of the Defendant's knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled to treble damages of up to $1,500.00 for each and every call in violation of the statue, pursuant to 47 U.S.C. § 227(b)(3);

b). As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

c) Assessing against Defendant, all costs incurred by the Plaintiff; and

d) Awarding such other relief as justice and equity may require.

Respectfully submitted,

*Kevin A. Gary*
Kevin Gary

3210 Hogarth

Detroit, MI 48206

kagary14@hotmail.com

8

**PRIORITY MAIL**

FROM: Kevin Gary
326 Hogarth
Detroit, MI 48206

New Case

TO: U.S. District Court
Office of the Clerk
231 W. Lafayette 5th Fl.
Detroit, MI 48226

U.S. POSTAGE $6.65
PM 2-DAY
02/15/17

PRIORITY MAIL 2-DAY
EXPECTED DELIVERY 02/17/2017
231 W LAFAYETTE BLVD
DETROIT MI 48226-2700

Postmarked 2/15/17

RECEIVED
FEB 17 2017
CLERK OFFICE
DETROIT

USPS TRACKING NUMBER
9505 5000 1564 7046 0002 07




JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Kevin A. Gary

(b) County of Residence of First Listed Plaintiff: Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Trueblue Inc d/b/a Labor Ready Inc

County of Residence of First Listed Defendant: Pierce
(IN U.S. PLAINTIFF CASES ONLY)

Case: 2:17-cv-10544
Judge: Drain, Gershwin A.
MJ: Stafford, Elizabeth A.
Filed: 02-17-2017 At 10:00 AM
CMP GARY v TRUEBLUE, INC (dat)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC 227 et seq Telephone Consumer Protection Act (TCPA)
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                DOCKET NUMBER

DATE: Feb 15, 2017
SIGNATURE OF ATTORNEY OF RECORD: Kevin A. Gary

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

- [x] Two (2) completed **Civil Cover Sheets.**

- [x] Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

  __1__ + 2 = __3__ **Complaints.**
  # of Defendants     Total

  Received by Clerk: ✓   Addresses are complete: ✓

Case: 2:17-cv-10544
Judge: Drain, Gershwin A.
MJ: Stafford, Elizabeth A.
Filed: 02-17-2017 At 10:00 AM
CMP GARY v TRUEBLUE, INC (dat)

- [ ] If any of your defendants are **government agencies:**
  Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

### If Paying The Filing Fee:

- [ ] Current new civil action filing fee is attached.

  Fees may be paid by check or money order made out to:

  *Clerk, U.S. District Court*

  Received by Clerk: _____ Receipt #: _____

### If Asking That The Filing Fee Be Waived:

- [x] Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

  Received by Clerk: ✓

### Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| [ ] Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>Received by Clerk: _____ | [x] Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>[x] Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: ✓ | [ ] You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13