UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| KEVIN A. GARY ) | Case No. 2:17-cv-10544-GAD-EAS |
| ) | |
| Plaintiff, ) | Honorable Gershwin A. Drain |
| ) | Magistrate Judge Elizabeth A. Stafford |
| v. ) | |
| ) | |
| TRUEBLUE, INC.,d/b/a/ ) | |
| LABOR READY, INC., d/b/a/ ) | |
| PEOPLEREADY, INC ) | |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Kevin A. Gary, Pro se, and pursuant to Fed. R. Civ. 56, hereby files this Motion for Summary Judgment and requests summary judgment on all of the counts in Plaintiff's Complaint. As further set forth in Plaintiff's Supporting Memorandum of Law filed concurrently with this Motion, summary judgment in Plaintiff's favor on each of the claims is appropriate in this case. Summary Judgment is warranted against Defendant Trueblue, Inc., d/b/a/ Labor Ready, Inc., d/b/a/ People Ready, Inc., (hereinafter, TLP). In support of this Motion, Plaintiff expressly adopts and incorporates its accompanying Statement of Undisputed Material Facts and Memorandum of Law.

As discussed in the Plaintiff's Memorandum in support of this Motion for summary judgment is appropriate in the case because the Plaintiff presents overwhelming, devastating, and uncontroverted evidence that Defendant TLP violated the TCPA 47 U.S.C. §227 et seq.

In particular, the uncontroverted evidence, including the Defendants' own documents, demonstrates that Defendant TLP is governed by the TCPA. For these reasons, as well as those set forth in Plaintiffs Supporting Memorandum of Law, Plaintiff requests that the Court grant summary judgment in Plaintiffs favor on all claims.

Date: April 14, 2018                                  Respectfully submitted

                                                      /s/Kevin A. Gary
                                                      3210 Hogarth
                                                      Detroit, MI 48206
                                                      kagary14@hotmail.com
                                                      Ph: 248-703-5173

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2018, I electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the Defendant's Counsel listed below:

**KUIPER ORLEBEKE PC**

Scott W. Kraemer

180 Monroe Avenue, NW, Ste 400

Grand Rapids, MI, 49503

Phone: 616-454-3700

**COUNSEL FOR DEFENDANT TRUE BLUE, INC.,**

Plaintiff, Pro-Se