UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN A. GARY, | Case No. 17-cv-10544 |
| Plaintiff, | |
| | UNITED STATES DISTRICT COURT JUDGE |
| v. | GERSHWIN A. DRAIN |
| TRUEBLUE, INC., | UNITED STATES MAGISTRATE JUDGE |
| | ELIZABETH A. STAFFORD |
| Defendant. | |

## ORDER HOLDING IN ABEYANCE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [38]

Defendant TrueBlue, Inc. moved for summary judgment on June 21, 2018. Dkt. No. 38. Yet pending before the Court are the Plaintiff's summary judgment motion, and the Defendant's Motions to Compel Deposition Testimony from the Plaintiff and to Adjourn the Scheduling Order. Dkt. Nos. 20, 34, 37. These three motions will be heard on July 17, 2018 at 2:00 p.m. *See* Dkt. Nos. 32, 36.

To allow for efficient and economical resolution of all four pending motions, the Court will halt briefing on the Defendant's summary judgment motion.

Accordingly, the Court will HOLD IN ABEYANCE the Defendant's Motion for Summary Judgment [38].

IT IS SO ORDERED.

Dated:  June 29, 2018                                   /s/Gershwin A. Drain
                                                        GERSHWIN A. DRAIN
                                                        United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 29, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk