# EXHIBIT C

EXHIBIT 

2/27/2017 — Screenshot_2017-02-23-02-15-27.png



**Labor Ready... 42800**  —  CALL  MORE  —  50% 2:15 AM

**L:** DETROIT: NO. ALL OFFICES ACROSS THE BOARD ARE IMPLEMENTING THIS CHANGE.
Text message 3:03 PM

Please do not contact me anymore. Thank you
Text message 11:03 PM

Please don't contact me anymore.
Text message 11:13 PM

Saturday, September 17, 2016



**L:** NOVI: 6:45am MONDAY. MEET THE DRIVER AND

 Enter message 

1

https://mail.google.com/mail/u/0/#inbox/15a7dd0cc35bdd1e?projector=1

MUST have full PPE. HEAVY LIFTING. Text BON

Text message 3:52 PM

DETROIT: Workers needed EVERYDAY for the next 2 WEEKS at Eastland Mall. 8am-5pm Mon-Fri. THIS JOB STARTES TOMORROW Text Eastland

Text message 4:26 PM

Thursday, February 23, 2017

Please do not contact me anymore. Thank you.

Text message 1:49 AM

> DETROIT: Workers needed MONDAY at 9am for event set up Downtown Detroit on Brush St. MUST have boots/gloves/vest $9.50/hr. Heavy lifting. Text 9am

Text message 2:13 PM

Sunday, February 26, 2017

Please do not contact me anymore. Thank you

Text message 11:03 PM

Please don't contact me anymore.

Text message 11:13 PM

Exhibit C

> Please don't contact me anymore.
>
> Text message 1:52 AM

PR(Westland): One more person needed to unload a truck in Westland ASAP. Pay is $9. Lifting involved. If interested text MD

Text message 6:45 AM

PONTIAC: workers needed for Oxford Forge tonight at 11pm; must have steel toe boots and transportation to site; $9.15 per w/ $15 gas for

4