# EXHIBIT F

      

## Untitled

@mymetropcs.com

To:kagary14@hotmail.com <kagary14@hotmail.com>;



