# EXHIBIT G



Notes Details

- User Name: Kristina
- Department/Branch: TEMPE, AZ -319
- Date: 2/22/2017 9:41:46 PM
- Notes: By Legal request, opted Kevin Gary out of WorkAlert by changing primary contact number to Residnece and setting Best Time to Call field to Do Not Contact.  K.Bellizzi



Worker Profile-GARY, KEVIN

DOB: 10/7/1968  GARY, KEVIN  SSN: XXX-XX-9802

Summary | Profile Details | Withholdings | Garnishments | Skills | Work and Payme... | Accruals | **Ratings and Notes** | Survey

**Notes Details**

User Name: Kristina

Department/Branch...: TEMPE, AZ -319

Date: 2/22/2017 10:26:38 PM

Notes: Changed Best Time to Contact from Do Not Contact to Anytime per Legal request. Associate is still eligible for dispatch, but does not want to receive text messages. K.Bellizzi

Print  Close