# EXHIBIT H

ANSWER: Defendant objects to this interrogatory on the basis of being vague and ambiguous as to the term "Company." Any response is limited to TrueBlue, Inc. Defendant objects to this Interrogatory on the ground that it seeks information that is neither relevant to this case nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Interrogatory to the extent it seeks information that contains confidential or proprietary business information, trade secrets, other proprietary information, intellectual property and/or commercially sensitive information of Defendant. Notwithstanding the foregoing objections, without waiving them, and consistent with them, Defendant responds as follows: Text messages leave Work Alert, go to mBlox (SMS provider) and are then sent to each worker's wireless carrier to be delivered to the individual's cell phone.

Dated: April 2, 2018

KUIPER ORLEBEKE PC

By: *Hally A Jackson for:*
Scott W. Kraemer (P69822)
Attorney for Defendants
BUSINESS ADDRESS:
180 Monroe NW, Suite 400
Grand Rapids, MI  49503
(616) 454-3700