# EXHIBIT I

be provided prior to launch. This information will be reviewed by mBlox to ensure programs comply with all terms and conditions of this Service and the requirements imposed by the Network Operators.

- Operator approvals management including interfacing with supported Network Operators' business processes for platform provisioning on mBlox and operator networks.
- A test short code is provided in the USA and Canada to enable integration testing prior to a Customer's short code being available.

## Technical specifications

EnterpriseTxt Americas conforms to the following specifications and includes technical support for issues related to connectivity to mBlox Services and performance of the mBlox Services. All specifications are subject to restrictions stated on the Reach List.

| Feature | Supported | Additional Information |
|---|---|---|
| Long Message Support | ✓ | Long messages are supported up to a maximum of three message parts. More message parts may work but this is not guaranteed. Each part needs to be submitted individually through the mBlox API and each will be charged as an individual message. |
| Sender ID (Originator) Support | ✓ | Numeric, alphanumeric and network short code originators are supported. |
| Delivery Notifications | ✓ | |
| API Encryption | ✓ | SSL is supported but optional. |
| Auto Retry | 72 hrs | If the message is not delivered on our first attempt we will attempt to deliver the message until this period expires. |
| Geo-Redundancy | ✓ | mBlox will provide two independent API addresses, each located in geographically separate data centers to enable active-active redundancy. |
| Body Type Support | ✓ | Text, Binary and Unicode encoded messages are supported. |
| Ported numbers | ✓ | Routing to ported numbers is supported in selected countries; please see restrictions in the Reach List. |
| Available Throughput | 20 msg/sec | For USA. As defined in the SLA. Higher throughput is available upon request for an additional fee. |
| | 10 msg/sec | For Canada. As defined in the SLA. |
| | 2 msg/sec | For Latin American countries. As defined in the SLA. |
| Latency | 10 sec | As defined in the SLA |
| Availability | 99.9% | As defined in the SLA |
| API options | ✓ | Java API, XML, or SMPP. |
| Account Configuration | ✓ | One account, two usernames, and four sockets (SMPP). |
| Rich Status Codes | ✓ | Rich Status Codes a.k.a PTT error codes interpret the wide variety of operator error codes and help improve message delivery rates and reduce cost by highlighting phone numbers that are no longer reachable. |




DEF 000101



Exhibit I

This site uses cookies. By continuing to browse this Business Wire site (and/or any other Business Wire website), you accept the use of cookies. Learn more (/portal/site/home/privacy/)

I Accept

# CLX Communications Completes Acquisition of Mblox Inc.

July 12, 2016 02:21 AM Eastern Daylight Time

STOCKHOLM--(BUSINESS WIRE)--Regulatory News:

CLX Communications AB (publ) ("CLX" or the "Company") (STO:CLX) announced on 13 May 2016, that the Company had acquired Mblox Incorporated ("Mblox"). CLX has today gained access to 100 percent of the shares in Mblox and has, following the preliminary purchase price set-off, paid USD 117 million in cash. The acquisition strengthens CLX's position as a leading provider of cloud-based communication services to enterprises and communication solutions to mobile operators.

The acquisition of Mblox provides CLX with a strong footprint in the US, UK and Australian markets and a large number of additional direct Tier 1 carrier connections. Combined with CLX's existing business this creates a global portfolio of high-quality communications services for enterprises, operators and developers to communicate globally with people and things (IoT) via simple APIs, including CLX's world leading SMS API (http://www.clxcommunications.com/)*. CLX's global portfolio of more than 150 direct Tier 1 operator connections provides an important competitive advantage in today's cloud communications market.

Mblox (http://www.mblox.com/) delivered 7 billion messages in 2015, and therefore adds a vast amount of SMS traffic to the Enterprise Division of CLX Communications. Increasing message volumes will create important synergies that enable future growth for messaging, voice and IoT services. Furthermore, the merger will allow CLX to offer a new SMB (SaaS) solution to clients, a new customer segment for CLX, while offering new services in the areas of voice and IoT connectivity to existing Mblox customers.

"Acquiring Mblox represents a major step forward for CLX Communications," says Johan Hedberg, CEO of CLX Communications. "We see strategic acquisitions within the industry as an important growth opportunity for CLX. Mblox provides valuable assets including operator relationships and highly experienced employees, as well as increased traffic volumes that will enable significant economies of scale."

CLX and Mblox will now merge to become an integral component of the mobile messaging ecosystem servicing global enterprises, including many global internet brands and Communications Platform as a Service 'CPaaS' companies, also known as Cloud API providers, with Tier 1 backbone connectivity on which many of their services rely.

The combined pro forma net sales for 2015 amounted to SEK 2,119 million with a combined pro forma EBITDA of SEK 151 million. Together the two companies are present in 19 countries and across six continents globally.

As previously announced, Mblox has the calendar year as its financial year and by reason thereof an extraordinary general meeting in CLX on 13 June 2016 resolved to change the Company's split financial year to calendar year. The change of the CLX's financial year means that the current financial year is extended to 31 December 2016 and that the report on 23 August 2016 will change its title to interim report. The resolution to change the Company's financial year was registered with the Swedish Companies Registration Office on 8 July 2016.

* MNOs rate CLX as the leading A2P SMS API globally – Roaming Consulting Company (ROCCO)

## World Class Cloud Communications Platform

*Exhibit I*

- Programmable Cloud APIs
- Security & Compliance
- Succeed at Scale
- Optimized to Deliver

## Tier 1 Super Network

- Deep Carrier Integration
- Lowest Latency
- Secure Data
- Direct Escalation if Things Go Wrong

## Our people

- Market Experts
- Passionate about Service
- Can be Trusted to Do the Right Thing
- → Obsessed with Automation & Efficiency
  ▬▬▬▬▬▬▬▬▬▬▬▬

## Experts Across the Globe



3

Exhibit I



### Optimized to Deliver. Fast

Our 4th generation infrastructure is optimized to use our Tier 1 Super Network. Everything that comes back from our carrier integrations ensures world class delivery

### Succeed at Scale Regardless of Size

We currently process more than 1 billion API requests per month and at over 10,000 peak transactions per second, our platform can scale to your needs, no matter how big you get



### Developer Friendly APIs

Cloud APIs and code libraries that enable you to integrate quickly and easily. We give you ultimate control of your communications and if you get stuck we are here help



### Carrier Grade at the Core

The same SMSCs and core building blocks that we provide to more than 70 mobile operators globally is at the heart of our infrastructure



### Secure and Compliant

All of our data centers are PCI and ISO27001 certified. We undertake regular penetration tests and have a full business continuity plan

## Compliance at our Core

We can ensure that data remains in either the EU or the USA by allowing you to connect to different geo-redundant data centers.

21

Exhibit I

| Country Name | Message Type | Operator Name | Monthly Message Volume* | | | | Version |
|---|---|---|---|---|---|---|---|
| | | | 0-1m | 1m-3m | 3m-5m | 5m+ | |
| United States | Standard Rate MT SMS | All | $0.0100 | $0.0075 | $0.006 | $0.005 | C013 |
| United States | Sure Route MT SMS | All | $0.0125 | $0.0100 | $0.008 | $0.0065 | C013 |
| United States | Standard Rate MO SMS | All | $0.0025 | | | | A003 |

| Country Name | Message Type | Operator Name | Monthly Message Volume* | | | | Version |
|---|---|---|---|---|---|---|---|
| | | | 0-250k | 250k-1m | 1m-5m | 5m+ | |
| United States | FTEU MT SMS | All | $0.0600 | $0.0550 | $0.0500 | $0.0450 | A001 |
| United States | FTEU MO SMS | All | $0.0600 | | | | A001 |

\* The rate listed once a threshold volume has been reached shall apply to the entire message volume in that month. For example, if there were 3,500,000 Standard Rate MT SMS messages in a given month, the $0.006 rate shall apply to all 3,500,000 messages.

**Network Operator Fees**
Applicable only to the United States and Canada, any fixed fees charged to mBlox by Network Operators in relation to Short Code or Program setup or ongoing operation will be passed through at the Network Operators' then-current rates, which shall make available to Customer in writing from time to time as and when such fees are updated by the Network Operators.




4 of 4

DEF 000160