# EXHIBIT L

# Mblox – Global provider of enterprise messaging

- One of the leading A2P messaging providers in the world
  - Founded in 1999
  - Pioneers in the SMS industry
  - 100% focused on A2P messaging
- Firmly established player with global reach
  - Particularly strong positions in the US, UK and Australia
  - Strong operator relationships in key markets
  - Global reach through large number of direct connections
- Ranked as a top A2P messaging provider in June 2015 in ROCCO's operator survey, along with CLX
- 188 employees providing local coverage in 12 countries
  - Headquartered in Atlanta, US
  - Engineering offices in Sweden, UK, US
  - Sales offices in Australia, France, Singapore, Spain, Sweden, UK, US



Revenue by region (2015)
Americas 19%
RoW 81%

Key financials (20...)
Revenue: 1,184m
Gross profit and ...: 358m / 3...

Broad mobile messagi...
SMS    MMS

1) Converted to SEK using rate 8.435.

14

# Strong earnings momentum

Exhibit 8



- Significantly improved EBITDA through a fundamental transformation of the business in recent years

- Large potential remains for continued improvement that CLX is well positioned to take advantage of
  - Internal efficiency gains
  - Synergies

1) CLX Enterprise division: Transactions: 4 billion. Opex: SEK 87 million. Mblox: Transactions: 7 billion. Opex: SEK 207.6 million (converted to SEK using rate 8.428).

15

# Attractive customer base

Exhibit L

- Large number of attractive enterprise customers
  - >900 enterprise customers[1]
  - >2,000 long-tail customers

- Diversified customer group from a range of geographies and industry verticals
  - Internet companies
  - Financial services
  - Major media brands

- Strong position within the US market



Selection of Mblox's c

Experian

G

✳IMImobile

*Typical use cases:*
- *Two factor authentication*
- *Marketing*
- *Booking confirmations*
- *Reminders*

- De
- Bc
- Cι
- Tι
- Pα

1) Includes Large Enterprises and Application Solution Providers.

16

Ex 3

# Self-service platform targeting SMB segment

Exhibit 



- Exciting self-service offering to SMB customers acquired via the acquisition of CardBoardFish ("CBF") in July 2014
- Attractive acquisition for multiple reasons
  - Expanded European presence
  - Leverage CBF's self-service platform
  - Attractive offering to the SMB customers and emerging market customers
- Full self-service platform
  - Customers create own account, messages and send lists online
  - Pre-pay model where customers pay by adding their credit card details to their account
  - Dashboard complete with wide range of business intelligence and analysis tools



- New customer
- Expand emergi
- Lower custome
- Lower service c customers
- Less price sens
- Higher gross m



17