# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# MICHIGAN SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN A. GARY | ) | Case No. 2:17-cv-10544-GAD-EAS |
| | ) | |
| Plaintiff, | ) | Honorable Gershwin A. Drain |
| | ) | Magistrate Judge Elizabeth A. Stafford |
| v. | ) | |
| | ) | |
| TRUEBLUE, INC., d/b/a/ | ) | FILED USDC – DT |
| LABOR READY, INC., d/b/a/ | ) | 2018 OCT 31 PM 2:26 |
| PEOPLEREADY, INC | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, KEVIN A. GARY, by and through himself, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on October 11, 2018, granting Defendant Trueblue et al, Motion for Summary Judgement. (Dkt. 21, 49, and 55)

Date: October 31st, 2018

Respectfully submitted,

/s/Kevin A. Gary
3210 Hogarth
Detroit, MI 48206
kagary14@hotmail.com
Ph: 248-703-5173

## CERTIFICATE OF SERVICE

I hereby certify that on October 31st, 2018, I sent via first class mail to to the Defendant's Counsel listed below:

**KUIPER ORLEBEKE PC**

**Scott W. Kraemer**

**180 Monroe Avenue, NW, Ste 400**

**Grand Rapids, MI, 49503**

**Phone: 616-454-3700**

**COUNSEL FOR DEFENDANT TRUE BLUE, INC.,**

Plaintiff, Pro-Se

/s/Kevin A. Gary