MIED (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| KEVIN A. GARY | ) | Case No. 2:17-CV-10544 |
| --- | --- | --- |
| v. | ) | Hon. Gershwin A. Drain |
| TRUEBLUE, INC., d/b/a LABOR READY, INC., d/b/a PEOPLE READY, INC. | ) | Magistrate Judge |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
                                                                   *Date*
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
| --- | --- | --- |
| A. Fees of the Clerk | | |
| B. Fees for service of summons and subpoena | | |
| C. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | $4,829.46 |
| D. Fees and disbursements for printing | | |
| E. Fees for witnesses *(itemize on page two)* | | |
| F. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| G. Docket fees under 28 U.S.C. 1923 | | |
| H. Costs as shown on Mandate of Court of Appeals | | |
| I. Compensation of court-appointed experts | | |
| J. Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K. Other costs *(please itemize)* | | |
| | TOTAL | $4,829.46 |

***SPECIAL NOTE:*** Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: *(signature)*

Name of Attorney: Scott W. Kraemer (P69822)

For: Trueblue, Inc. d/b/a Labor Ready, Inc., d/b/a People Ready, Inc.     Date: 11/07/2018
          *Name of Claiming Party*

AO 133  (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

KuiperOrlebeke PC 09/12/2018

U.S. Legal Support

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 08/20/2018 | Bill | 110182546 | 1,771.26 | 1,771.26 | 1,771.26 |
| 08/27/2018 | Bill | 110184688 | 612.45 | 612.45 | 612.45 |
| | | | | | 2,383.71 |

Check Amount 2,383.71

4246

Old National Checkin C141104

TO REORDER CALL IMAGE MASTERS 616.459.4211[L80971M1BG] 7173681

# INVOICE

U.S. Legal Support - Michigan
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:(888) 644-8080   Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110184688 | 8/27/2018 | 718462 |
| Job Date | Case No. | |
| 8/15/2018 | 217CV10544 | |
| Case Name | | |
| Kevin A. Gary vs TrueBlue, Inc., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Scott Kraemer
Kuiper Orlebeke PC
180 Monroe NW
Suite 400
Grand Rapids MI  49503

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kevin A. Gary- Volume II | 251.00 Pages | @ | 2.20 | 552.20 |
| Exhibit | 45.00 Pages | @ | 0.45 | 20.25 |
| Litigation Support Package | | | 25.00 | 25.00 |
| Handle/Process | | | 15.00 | 15.00 |

TOTAL DUE >>>   $612.45

Online bill pay available at www.uslegalsupport.com

Etrans sent 8-27-18 to basinski@kolaw.com

Thank you for choosing U.S. Legal Support!

POSTED 9/10/18

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                                                                                                Phone: 616-454-3700   Fax:

*Please detach bottom portion and return with payment.*

Scott Kraemer
Kuiper Orlebeke PC
180 Monroe NW
Suite 400
Grand Rapids MI  49503

Account No.  :  C141104
Date         :  9/4/2018

**Total Due**  :  **$ 612.45**

Remit To:  **U.S. Legal Support (Chicago, Il Reporting)**
          **P.O. Box 4772-11**
          **Houston TX  77210-4772**

# INVOICE

U.S. Legal Support - Michigan
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:(888) 644-8080   Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110182546 | 8/20/2018 | 718462 |
| Job Date | Case No. | |
| 8/15/2018 | 217CV10544 | |
| Case Name | | |
| Kevin A. Gary vs TrueBlue, Inc., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Jacob Karczewski
Trueblue, Inc.
1015 A Street
Tacoma WA 98402

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Kevin A. Gary- Volume II | 251.00 Pages | @ | 3.30 | 828.30 |
| 3-Day Expedite | | | | 662.64 |
| Exhibit | 45.00 Pages | @ | 0.45 | 20.25 |
| Video per page | 214.00 | @ | 0.30 | 64.20 |
| Attendance Fee | 4.75 | @ | 27.50 | 130.63 |
| Litigation Support Package | | | 25.00 | 25.00 |
| Delivery | | | 25.24 | 25.24 |
| Handle/Process | | | 15.00 | 15.00 |
| | TOTAL DUE >>> | | | $1,771.26 |

Online bill pay available at www.uslegalsupport.com

Original exhibits sent via UPS, tracking #:1z34354w0359866956
Etrans sent to jkarczewski@trueblue.com on 8-20-18



Thank you for choosing U.S. Legal Support!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 1-877-733-0399   Fax:

*Please detach bottom portion and return with payment.*

KuiperOrlebeke PC

| Date | Type | Reference |
|---|---|---|
| 08/16/2018 | Bill | 110181662 |

U.S. Legal Support

| Original Amount | Balance Due | Payment |
|---|---|---|
| 620.00 | 620.00 | 620.00 |
| | | 620.00 |

4145

Check Amount

620.00

Old National Checkin

TO REORDER CALL IMAGE MASTERS 616.459.4211[L80971M1BG] 7173681



# INVOICE

U.S. Legal Support - Michigan
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:(888) 644-8080 Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110181662 | 8/16/2018 | 718474 |
| Job Date | Case No. | |
| 8/15/2018 | 217CV10544 | |
| Case Name | | |
| Kevin A. Gary vs TrueBlue, Inc., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Scott Kraemer
Kuiper Orlebeke PC
180 Monroe NW
Suite 400
Grand Rapids MI 49503

VIDEOTAPE SERVICES

Kevin A. Gary

| | | | |
|---|---|---|---|
| Video First Hour | | 245.00 | 245.00 |
| Video Additional hours | 4.00 Hours @ | 90.00 | 360.00 |
| Handle/Process | | 15.00 | 15.00 |

TOTAL DUE >>>   $620.00

Online bill pay available at www.uslegalsupport.com

Video deposition recording service provided on August 15, 2018
Video deposition original DVD ordered

Thank you for choosing U.S. Legal Support!


POSTED 8/17/18

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238

Phone: 616-454-3700    Fax:

*Please detach bottom portion and return with payment.*

Scott Kraemer
Kuiper Orlebeke PC
180 Monroe NW
Suite 400
Grand Rapids MI 49503

Job No.      : 718474          BU ID       : 51-Michiga
Case No.     : 217CV10544
Case Name    : Kevin A. Gary vs TrueBlue, Inc., et al

Invoice No.  : 110181662       Invoice Date : 8/16/2018
Total Due    : $620.00

Remit To:   U.S. Legal Support (Chicago, Il Reporting)
            P.O. Box 4772-11
            Houston TX 77210-4772

| PAYMENT WITH CREDIT CARD | AMEX MC VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

US Legal Support
*bckc

Check Number: *8559 $1,160.75 06/29/2018 N174V-MD0SL Note

Page 1 Of 2

# LEGAL SUPPORT
The Power of Commitment™

Proof of Payment

# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 110153189 | 5/23/2018 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 685552 | 5/11/2018 | $1160.75 |

| Case Name |
|---|
| Kevin A. Gary vs TrueBlue, Inc., et al |

| Case No |
|---|
| 217CV10544 |

U.S. Legal Support - Michigan
30800 Telegraph Road Suite 2925
Bingham Farms MI 48025
Phone: (888) 644-8080 Fax: (248) 644-1120

Scott Kraemer
Kuiper Orlebeke PC
180 Monroe NW
Suite 400
Grand Rapids MI 49503

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| US Legal - Detroit<br>211 West Fort Street Suite 1611<br>Detroit MI 48226 | Scott Kraemer<br>Kuiper Orlebeke PC<br>180 Monroe NW<br>Suite 400<br>Grand Rapids MI 49503 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: ORIGINAL TRANSCRIPT OF: Kevin A. Gary | | | | |
| Original | 234.00 | Pages | $3.30 | $772.20 |
| Exhibit | 142.00 | Pages | $0.45 | $63.90 |
| Exhibit - Color | 42.00 | | $1.10 | $46.20 |
| Attendance Fee | 5.25 | | $27.50 | $144.38 |
| Litigation Support Package | 1.00 | | $25.00 | $25.00 |
| Delivery | 1.00 | | $24.07 | $24.07 |
| Handle/Process | 1.00 | | $15.00 | $15.00 |
| Video per page | 200.00 | | $0.30 | $60.00 |
| Read & Sign | 1.00 | | $10.00 | $10.00 |
| Taxable (0.00) | | | | |

Online bill pay available at www.uslegalsupport.com

Etrans and PDF exhibits sent to basinski@kolaw.com, jkarczewski@trueblue.com and kraemer@kolaw.com on 5-22-18.

Video and original exhibits sent UPS tracking number 1Z34354W0359155821 on 5-22-18.

Thank you for choosing U.S. Legal Support!

| | |
|---|---|
| Total Due | $1160.75 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $1160.75 |

Tax ID : 76-0523238

Phone: 616-454-3700

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Scott Kraemer
Kuiper Orlebeke PC
180 Monroe NW
Suite 400
Grand Rapids MI 49503

Remit To:
U.S. Legal Support (Chicago, Il Reporting)
P.O. Box 4772-11
Houston TX 77210-4772

| Invoice No. | 110153189 |
|---|---|
| Invoice Date: | 5/23/2018 |
| Total Due | $1160.75 |
| Job No. | 685552 |
| Case No: | 217CV10544 |

